# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2010

141571

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

FARMERS INSURANCE EXCHANGE,
         Plaintiff-Appellee,

v

RUFUS YOUNG,
         Defendant-Appellant,

and

NICOLE WILLIAMS and LINDA LEE,
         Defendants.

SC: 141571
COA: 275584
Wayne CC: 06-601127-NF

_____/

        On order of the Court, the application for leave to appeal the August 3, 2010 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

        Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010

_____
Clerk

p1124